# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ContraFect Corporation. | : | Case No. 23-11943 (LSS) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | RE: D.I. 30 |
| | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME BY WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTYPURSUANT TO 11 U.S.C. § 365(d)(1)**

AND NOW, upon consideration of the Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order Extending the Time by Which the Trustee May Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 365(d)(1), the period by which the Trustee may assume or reject executory contracts and unexpired leases of personal property is extended through and including April 30, 2024.

3. Nothing in this Order shall constitute a ruling that any particular agreement is an executory contract. The rights of the Trustee and applicable counterparties are reserved in that regard.

4. This order is without prejudice to the Trustee's ability to request and obtain additional extensions pursuant to 11 U.S.C. § 365(d)(1) with respect to the period by which the Trustee may assume or reject executory contracts and unexpired leases of personal property.

**Dated: February 13th, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

124062554-3