# **EXHIBIT 1**

[Executory Contracts]

ContraFect Corporation
Bankruptcy Case #23-11943

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Accenture LLP | Attn: Contract Management | 1160 West Swedesford Rd, | | Berwyn | PA | 19312 | | Software License |
| Advarra Consulting, LLC | Attn: Contracts & Proposals Group | 6100 Merriweather Drive, Suite 600 | | Columbia | MD | 21044 | | Master Services Agreement |
| Albert Einstein College of Medicine | | Albert Einstein College of Medicine | 1300 Morris Park Avenue, Belfer 313A | Bronx | NY | 10461 | | Services Agreement; as amended |
| Albert Einstein College of Medicine | | Albert Einstein College of Medicine | 1300 Morris Park Avenue, Belfer 313A | Bronx | NY | 10461 | | Services Agreement; as amended |
| Albert Einstein College of Medicine | | Albert Einstein College of Medicine | 1300 Morris Park Avenue, Belfer 313A | Bronx | NY | 10461 | | SOW #1 |
| Albert, Dana | | 49 Oak Knoll Terrace | | Needham | MA | 02492 | | Consulting Agreement, as amended |
| Almac Group | Attn: General Counsel | Almac House | 20 Seagoe Industrial Estate | Craigavon | | BT63 5QD | Northern Ireland | Global Technical Agreement |
| Almac Group Limited | Attn: General Counsel | Almac House | 20 Seagoe Industrial Estate | Craigavon | | BT63 5QD | Northern Ireland | Services Agreement; as amended |
| Almac Group Limited | Attn: General Counsel | Almac House | 20 Seagoe Industrial Estate | Craigavon | | BT63 5QD | Northern Ireland | SOW #1 as amended |
| Almac Group Limited | Attn: General Counsel | Almac House | 20 Seagoe Industrial Estate | Craigavon | | BT63 5QD | Northern Ireland | SOW #2 as amended |
| Almac Group Limited | Attn: General Counsel | Almac House | 20 Seagoe Industrial Estate | Craigavon | | BT63 5QD | Northern Ireland | SOW #3 as amended |
| Analytical Technologies Group, LLC | | 179 Cross Road | | Waterford | CT | 06385 | | Service Contract |
| Aon | Attn: Ed Spiedel | 700 District Avenue, 10th Floor | | Burlington | MA | 01803 | | Professional Services Agreement |
| Axiom Global Inc. | | Axiom Global Inc. | 33 West Monroe Street, Suite 200 | Chicago | IL | 60603 | | Master Services Agreement |
| BCH Research Solutions LLC | | Attn: John Connor | 663 West Boot Road | West Chester | PA | 19380 | | Consulting Agreement; as amended |
| BDO USA | | | 75 Valley Stream Parkway, Suite 201 | Malverne | PA | 19355 | | SOW #3 |
| BDO USA, LLP | | | 75 Valley Stream Parkway, Suite 201 | Malverne | PA | 19355 | | Master Services Agreement |
| Beckman Coulter Life Sciences | | Beckman Coulter Life Sciences | 5350 Lakeview Parkway South Dr. | Indianapolis | IN | 46268 | | Service Agreement |
| BEI Resources | | 10801 University Blvd. | | Manassas | VA | 20110-2209 | | Material Transfer Agreement |
| Biogenes GmbH | Attn: Legal Dep't. | Koepenicker Street 325 | | Berlin | | 1255 | Germany | Master Services Agreement |
| BioPharmaSpec, Inc. | Attn: Legal Dep't. | 363 Phoenixville Pike | | Malverne | PA | 19355 | | Master Services Agreement; as amended |
| BioPoint, Inc. | Attn: Bob DeGroot | 101 Edgewater Drive, Suite 120 | | Wakefield | MA | 01880 | | Master Services Agreement |
| BioRad AbD Serotec GmbH | Attn: Michael Schwenkert, Ph.D. | Zeppelinstr. 4 | | Puchheim | | 82178 | Germany | Master Services Agreement; as amended |
| BioSensor Tool LLC | Attn: Legal Dep't. | 1588 East Connecticut Drive | | Salt Lake City | UT | 84103 | | Master Services Agreement; as amended |
| Biosynth LLC | Attn: Legal Dep't. | 65 Zub Lane | | Gardner | MA | 01440 | | Master Services Agreement |
| Brand Institute Inc. | | Brand Institute Inc. | 200 SE 1st Street, 12th Floor | Miami | FL | 33131 | | Master Services Agreement; as amended |
| Bridge Regulatory Consulting Limited | Attn: David Leach | 26 Bridge Down, Bridge, Canterbury | | Kent | | CT4 5AZ | UK | Consulting Agreement; as amended |
| Buildingstars | | Buidingstars of NY | 75 South Broadway, Suite 415 | White Plains | NY | 10601 | | Service Agreement |
| Burleson Research Technologies, Inc. | Attn: Florence Burleson, PhD | 120 First Flight Lane | | Morrisville | NC | 27560 | | Master Service Agreement |
| Cablevision Lightpath, Inc | | Cablevision Lightpath Inc. | 200 Jericho Quadrangle | Jericho | NY | 11753 | | Service Agreement (Internet) |
| Carabeo, Teresa | | 211 East 13th St., Apt. 4B | | New York | NY | 10003 | | Consulting Agreement, as amended |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Carmody, Lesley Jane | | 62 Cypress Glade, Adambrae Parks | Livingston | West Lothian | | EH54 9JH | UK | Consulting Agreement, as amended |
| Castells, Dr. Mariana | | One Jimmy Find Way | Smith Building, Room 626D | Boston | MA | 02115 | | Consulting Agreement, as amended |
| Certara USA, Inc. | Attn: General Counsel | 100 Overlook Center, Suite 101 | | Princeton | NJ | 08540 | | Master Service Agreement |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | Master Services Agreement; as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | Quality Agreement |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | Archive SOW #2 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | Archive SOW #3 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #28; as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #43; as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #44; as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #70; as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #72, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #84 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #94, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #104, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #111, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #115, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #116, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #122, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #124, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #125, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #138 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #140, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #141, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #142, as amende |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #145 |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #149 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #150 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #151 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #152 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #153 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #154 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #155 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #159 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #160 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #81, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #99, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #112, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #113, as amended |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #162 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #163 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #164 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #165 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #166 |
| Charles River Laboratories, Inc. | Attn: General Counsel | 251 Ballardvale Street | | Wilmington | MA | 01887 | | SOW #167 |
| Clinnect LLC | | 18851 N.E. 29th Avenue | Suite 700 | Aventura | FL | 33180 | | Master Services Agreement |
| CMC Regulatory Solutions, LLC | Attn: Tom Hogan, President | 257 Spring Run Lane | | Dowington | PA | 19335 | | Consulting Agreement, as amended |
| Computer Packages Inc. | | 11 N. Washington St. | Suite 300 | Rockville | MD | 20850 | | Service Agreement |
| Cortel Technologies, LLC | | 100 Davidson Avenue | Suite 107 | Somerset | NJ | 08873 | | Service Agreement |
| CryoStar Industries, Inc. | | 109 Urban Ave | | Westbury | NY | 11590 | | Service Contract |
| CuriRx, Inc. | | 205 Lowell St. | Suite #1C | Wilmington | MA | 01887 | | Master Services Agreement |
| Cygnus Technologies, LLC | Attn: Eric Bishop | 4332 Southport Supply Rd. SE | | Southport | NC | 28461 | | Master Services Agreement |
| DaneStat Consulting, Limited | | 10 Folkestone Close | | Macclesfield | | SK10 3BD | UK | Consulting Agreement, as amended |
| Das, Anita F. | | 16711 Watson Road | | Guerneville | CA | 95446 | | Independent Contractor Agreement; as amended |
| Dean, Nathan C., M.D. | Intermountain Medical Center and LDS Hospital | University of Utah, 6th Floor Heart and Lung Building | 5121 South Cottonwood | Murray | UT | 84107 | | Consulting Agreement - Amend #4 |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Diligent Corporation | | 1111 19th Street NW | 9th Floor | Washington | DC | 20036 | | Service Agreement |
| DNAStar | | 3801 Regent Street | | Madison | WI | 53705 | | Service Agreement |
| Drug Development Solution Limited | | Newmarket Road, Fordham | | Cambridgeshire | | CB7 5WW | UK | SOW #1 |
| EDETEK INC. | Attn: Wei Kong | 101 College Road East, 2nd Floor | | Princeton | NJ | 08540 | | Master Services Agreement |
| EDETEK INC. | Attn: Wei Kong | 101 College Road East, 2nd Floor | | Princeton | NJ | 08540 | | SOW #1 |
| EKG Labs | | 2250 Welsch Industrial Court | | St. Louis | MO | 63146 | | Master Services Agreement |
| Emily DiMango, M.D. | | 16 Country Club Drive | | Larchmont | NY | 10538 | | Consulting Agreement (amd #3) |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Master Services Agreement; as amended |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Quality Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |