# **EXHIBIT 2**

[Real Property Leases]

124129596_2

# EXHIBIT B

[Lease Agreements]

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (3rd Floor), as amended | Hudson View Building #3 LLC |
|---|---|---|---|
| | | | Hudson View Building #3 LLC |
| | | | 485 West Putnam Avenue |
| | State the term remaining | 1488 | Greenwich, CT 6830 |
| | List the contract number of any government contract | | |

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement (4th Floor), as amended | Hudson View Building #3 LLC |
|---|---|---|---|
| | | | Hudson View Building #3 LLC |
| | | | 485 West Putnam Avenue |
| | State the term remaining | 1488 | Greenwich, CT 6830 |
| | List the contract number of any government contract | | |