# **EXHIBIT 1**

[Executory Contracts]

ContraFect Corporation
Bankruptcy Case #23-11943

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| EPL Archives, LLC | | 45610 Terminal Drive | | Sterling | VA | 20166 | | Storage Agreement |
| eRegulatory Submissions, LLC | Attn: Annette Nilsen | 8324 Bryn Glen Way | | San Diego | CA | 92129 | | Consulting Agreement, as amended |
| Eurofins Viracor BioPharma Services | Attn: President | 18000 W. 99th Street | | Lenexa | KS | 66219 | | Master Services Agreement |
| Eurofins Viracor BioPharma Services | Attn: President | 18000 W. 99th Street | | Lenexa | KS | 66219 | | SOW #5 |
| Eurofins Viracor BioPharma Services | Attn: President | 18000 W. 99th Street | | Lenexa | KS | 66219 | | SOW #6 |
| Eurofins Viracor BioPharma Services | Attn: President | 18000 W. 99th Street | | Lenexa | KS | 66219 | | SOW #7 |
| Evoqua Water Technolgies, LLC | | 210 Sixth Avenue | Suite 330 | Pittsburgh | PA | 15222 | | Service Agreement |
| Friedland Strategic Consulting, LLC (Friedland, Ian) | Attn: Ian Friedland | 52 Golden Aster Ct. | | Brisbane | CA | 94005 | | Consulting Agreement, as amended |
| FTI Consulting, Inc. | Attn: Jason Frankl | 555 12th Street NW | Suite 700 | Washington | DC | 20004 | | Engagement Letter |
| FujiFilm Diosynth Biotechnologies U.S.A., Inc. | Attn: President | 101 J. Morris Commons Lane | | Morrisville | NC | 27560 | | Master Services Agreement |
| FujiFilm Diosynth Biotechnologies U.S.A., Inc. | Attn: President | 101 J. Morris Commons Lane | | Morrisville | NC | 27560 | | Letter Agreement |
| FujiFilm Diosynth Biotechnologies U.S.A., Inc. | Attn: President | 101 J. Morris Commons Lane | | Morrisville | NC | 27560 | | SOW #10, as amended |
| FujiFilm Diosynth Biotechnologies U.S.A., Inc. | Attn: President | 101 J. Morris Commons Lane | | Morrisville | NC | 27560 | | SOW #11, as amended |
| FujiFilm Diosynth Biotechnologies U.S.A., Inc. | Attn: President | 101 J. Morris Commons Lane | | Morrisville | NC | 27560 | | Quality Agreement |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | Master Services Agreement |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | Quality Agreement, as amended |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | License Agreement |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #2 (B2975) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #9 (B3856) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #15 (B3856) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW A, as amended (B3927) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW B, as amended (B4119) |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW C, as amended (B4234) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW D, as amended (B4287) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW E, as amended (B4329) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW F, as amended (B4415) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW G, as amended (B4635) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW H, as amended (B4659) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #1, as amended (B4339) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #2, as amended (B4339) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #3, as amended (B4339) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #1, as amended (B4702) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW A, as amended (B4775) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW B (B4796) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW I, as amended (B4509) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #3, as amended (B4915) |
| FujiFilm Diosynth Biotechnologies UK Limited | Attn: General Counsel and Company Secretary | Belasis Avenue | | Billingham | | TS23 1LH | UK | SOW #4 (B4975) |
| Haeckl Biopharma Consulting, LLC | Attn: Kristina Haeckl | 1887 Fordham Way, | | Mountain View | CA | 94040 | | Consulting Agreement |
| Hasting Toxicology Consulting LLC | | 3860 Turf Court South | | Mount Airy | MD | 21771 | | Consulting Agreement, as amended |
| Hishani Kirby Associates Ltd. | Attn: Hishani Kirby | 95 Oxford Road | | Workingham | Berks | RG41 2YI | UK | Consulting Agreement, as amended |
| HMH–Center for Discovery and Innovation | Center for Discovery and Innovation, Inc. | Hackensack Meridian Health | 111 Ideation Way, B104 | Nutley | NJ | 07110 | | Research Service Agreement #1 |
| HMH–Center for Discovery and Innovation | Center for Discovery and Innovation, Inc. | Hackensack Meridian Health | 111 Ideation Way, B104 | Nutley | NJ | 07110 | | Research Service Agreement #2 |
| Hospices Civils de Lyon | Attn: Mrs MAURIS Mathilde | 3 Quai des Célestins | | Lyon | | 69002 | FR | Sponsored Research Agreement |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | Master Services Agreement |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | SOW |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | Amendment #1 to SOW |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | Data Processing Agmt to MSA |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | Agmt for Provision for equipment |
| ICTA | | 11 rue du Bocage | | Fontaine les Dijon | | 21121 | FR | Site Agreement |
| iFyber, LLC | | 950 Danby Road | | Ithaca | NY | 14850 | | SOW #1 |
| iFyber, LLC | | 950 Danby Road | | Ithaca | NY | 14850 | | Master Service Agreement |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | SOW #18, as amended |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | Master Service Agreement, as amended |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | SOW #18A |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | Data Processing Agreement |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | SOW #11, as amended |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | SOW #15 |
| Inncelerex | Attn: Parviz Ghahramani | 10 Regency Place | | Weehawken | NJ | 07086 | | SOW #16 |
| Intelligize | | 230 Park Avenue, 7th Floor | | New York | NY | 10169 | | Service Agreement |
| ITR Laboratories Canada Inc. | Attn: Legal Department | 19601 boul. Clark Graham | Baie d'Urfe | Quebec | | H0X 3T1 | CA | SOW #9 |
| ITR Laboratories Canada Inc. | Attn: Legal Department | 19601 boul. Clark Graham | Baie d'Urfe | Quebec | | H0X 3T1 | CA | SOW #8 |
| ITR Laboratories Canada Inc. | Attn: Legal Department | 19601 boul. Clark Graham | Baie d'Urfe | Quebec | | H0X 3T1 | CA | Master Services Agreement, as amended |
| ITR Laboratories Canada Inc. | Attn: Legal Department | 19601 boul. Clark Graham | Baie d'Urfe | Quebec | | H0X 3T1 | CA | SOW #7 |
| J.M. Miro Infection Disease | Attn: JM Miro, M.D. | Infectious Diseases Unit, Hospital Clinic-IDIBAPS, University of Barcelona | | Villarroel, 170 08036 | Barcelona | 8036 | Spain | Master Services Agreement |
| J.M. Miro Infection Disease | Attn: JM Miro, M.D. | Infectious Diseases Unit, Hospital Clinic-IDIBAPS, University of Barcelona | | Villarroel, 170 08036 | Barcelona | 8036 | Spain | Research Agmt #2 |
| JM Sills Consulting LLC (Judi Sills) | Attn: Judith Sills | 95 Lawrence Drive | | Berkeley Heights | NJ | 07922 | | Consulting Agreement, as amended |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | SOW #10 |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | SOW #11 |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | Master Services Agreement |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | SOW #7 |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | SOW #8 |
| JMI Laboratories, Inc. | Attn: Andrew Fuhrmeister, CEO | 345 Beaver Kreek Center, Suite A | | North Liberty | IA | 52317 | | Material Transfer Agreement |
| John J. Lipuma, MD, Ph.D. | University of Michigan | 8323 MSRB III, SPC 5646 | 1150 W. Med Cntr Drive | Ann Arbor | MI | 48109 | | Consulting Agreement, as amended |
| Kaye, Keith S. | Attn: VP Finance | 929 Sherwood Road | | Bridgewater | NJ | 08807 | | Consulting Agreement |
| KBI Biopharma, Inc. | Attn: VP Finance | 1101 Hamlin Road | | Durham | NC | 27704 | | SOW #8 |
| KBI Biopharma, Inc. | Attn: VP Finance | 1101 Hamlin Road | | Durham | NC | 27704 | | Master Services Agreement, as amended |
| KBI Biopharma, Inc. | Attn: VP Finance | 1101 Hamlin Road | | Durham | NC | 27704 | | SOW #7 |
| KBI Biopharma, Inc. | Attn: VP Finance | 1101 Hamlin Road | | Durham | NC | 27704 | | SOW #9 |
| KBI Biopharma, Inc. | Attn: VP Finance | 1101 Hamlin Road | | Durham | NC | 27704 | | SOW #10 |
| Labcorp Drug Development Inc. | | 6 Moore Drive | | Durham | NC | 27709 | | Master Services Agreement, as amended |
| Labcorp Drug Development Inc. | | 6 Moore Drive | | Durham | NC | 27709 | | SOW #1, as amended |
| Labcorp Drug Development Inc. | | 6 Moore Drive | | Durham | NC | 27709 | | SOW #2, as amended |
| Labcorp Drug Development Inc. | | 6 Moore Drive | | Durham | NC | 27709 | | SOW #3, as amended |
| Labcorp Drug Development Inc. | | 6 Moore Drive | | Durham | NC | 27709 | | SOW #1A |
| Laboratory Specialists, Inc. | Attn: Laura Koeth | 1651 A. Crossings Parkway | | Westlake | OH | 44145 | | Consulting Agreement |
| Laboratory Specialists, Inc. | Attn: Laura Koeth | 1651 A. Crossings Parkway | | Westlake | OH | 44145 | | Master Services Agreement, as amended |
| Laboratory Specialists, Inc. | Attn: Laura Koeth | 1651 A. Crossings Parkway | | Westlake | OH | 44145 | | SOW #9 |
| Latham & Watkins, LLP | | 200 Clarendon Street, Floor 27 | | Boston | MA | 02116 | | Engagement Letter |
| Lehoux, Dario | | 61 Rue de Plaisance | Terrebonne | Quebec | | J6Y 0C9 | CA | Consulting Agreement, as amended |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| LGC Limited | Attn: Assistant General Manager & Commercial Director, Drug Development Solutions | Queens Road, Teddington | | England | | TW11 0LY | UK | Master Services Agreement |
| LifeSci | | 250 W 55th St, Suite 3401 | | New York | NY | 10019 | | Partnering Agreement |
| Lipka Consulting LLC | Attn: Joy Lipka, MS | 3764 Christopher Day Road | | Doylestown | PA | 18902 | | Consulting Agreement, as amended |
| Lovelace Biomedical Research Institute | Attn: Legal Department | 2425 Ridgecrest Drive SE | | Albuquerque | NM | 87108 | | Master Services Agreement |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #11-A |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #11 |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #12 |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #13, as amended |