IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ContraFect Corporation. | Case No. 23-11943 (LSS) |
| Debtor. | |
| | RE: D.I. 62 |

**ORDER GRANTING THIRD OMNIBUS MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO REJECT CERTAIN EXECUTORY CONTRACTS AND LEASES**

AND NOW, upon consideration of the Third Omnibus Motion of George L. Miller, Chapter 7 Trustee, for Order Authorizing the Trustee to Reject Executory Contracts and Leases (the "Motion"),[1] it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 365(a), the Executory Contracts/Leases identified on Exhibit 1 hereto are rejected effective as of the date of entry of this Order.

3. The Trustee does not waive any claims he may have against any counterparty to the Executory Contracts/Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Executory Contracts/Leases.

4. Any claims of counter-parties to the Executory Contracts/Leases arising from the rejection of the Executory Contracts/Leases must be filed on the claims docket within 30 days of the entry of this Order, or shall be forever barred.

**Dated:** March 27th, 2024
Wilmington, Delaware

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion.

124129596_2