# **EXHIBIT 1**

[Executory Contracts]

124129596_2

ContraFect Corporation
Bankruptcy Case #23-11943

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #10, as amended |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #8 |
| Lundquist Biomedical Research Institute | Attn: Dr. Arnold S. Bayer | Harbor-UCLA Medical Center | 1124 W. Carson Street | Torrance | CA | 90502 | | Service Agreement #9 |
| Marcus Zervos, MD | Wayne State University of Medicine | Henry Ford Hospital | 2799 West Grand Boulevard | Detroit | MI | 48202 | | Consulting Agreement, as amended |
| Mayo Clinic | Attn: Laura Brandt, Contract Manager | RO_PL_05_529RES | | 200 First Street SW | Rochester | MN | 55905 | | Pre-Clincial Research Agreement |
| Mayo Clinic | Attn: Laura Brandt, Contract Manager | RO_PL_05_529RES | | 200 First Street SW | Rochester | MN | 55905 | | Pre-Clincial Research Agreement #2 |
| Metzger, Danielle | | 113 Carmel Drive | | Egg Harbor Township | NJ | 08234 | | Consulting Agreement |
| MMG | Attn: Kate Clarke | 700 King Farm Boulevard, 5th Floor | | Rockville | MD | 20850 | | Master Services Agreement |
| MMS | Attention: Kelly J Hill, Executive Director, Project & Account Management | 6880 Commerce Blvd. | | Canton | MI | 48187 | | Master Services Agreement, as amended |
| MMS Holdings | Attention: Kelly J Hill, Executive Director, Project & Account Management | 6880 Commerce Blvd. | | Canton | MI | 48187 | | SOW #5 |
| MMS Holdings | Attention: Kelly J Hill, Executive Director, Project & Account Management | 6880 Commerce Blvd. | | Canton | MI | 48187 | | SOW #5A |
| MMS Holdings | Attention: Kelly J Hill, Executive Director, Project & Account Management | 6880 Commerce Blvd. | | Canton | MI | 48187 | | SOW #5B |
| Modality Solutions LLC | Attn: Legal Department | 1238 Mossy Oak Dr | | League City | TX | 77573 | | Master Services Agreement |
| Molecular Devices | | 3860 North First Street | | San Jose | CA | 95134 | | Service Contract |
| Moore Computing Services, Inc. | Attn: Gary Moore | 2006 Beckenham Cove | | Little Rock | AR | 72212 | | Consulting Agreement, as amended |
| NDA Group AB | Attn: Finance department | Johanneslundsvägen 2 | | Upplands Vasby | | SE-194 61 | Sweden | Master Services Agreement, as amended |
| Optimal Strategix Group, Inc. | | 140 Terry Drive | Suite #118 | Newtown | PA | 18940 | | Master Services Agreement |
| OSG | | 140 Terry Drive | Suite #118 | Newtown | PA | 18940 | | SOW #1 |
| Pacific Northwest Statistifcal Consulting Inc. (Hirman, Joe) | Attn: Joseph W. Hirman | 18133 154th Avenue NE | | Woodinville | WA | 98072 | | Consulting Agreement, as amended |
| Patheon Italia S.p.A. | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | Quality Agreement |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | Master Services Agreement, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #1, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #2, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #3, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #4, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #5, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | SOW #6, as amended |
| Patheon UK Limited | | Kingfisher Drive | | Covingham | | Swindon | SN3 5BZ | UK | Storage SOW #1 |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #5 |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #2A |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | Quality Agreement |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #4, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #6, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #7, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #8, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | Master Services Agreement, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | Quality Agreement, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #1, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #2, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #3, as amended |
| PCI Pharma Services | | Biotec House | Central Park, Western Avenue | Brigend | | CF31 3RT | UK | SOW #9 |
| Phadia AB | | Rapsgatan 7 | PO Box 6460 | Uppsala | | SE-751 37 | Sweden | Addendum No. 3 to Work Plan |
| Phadia AB | | Rapsgatan 7 | PO Box 6460 | Uppsala | | SE-751 37 | Sweden | Letter Agreement |
| PolyPeptide Group | Attn: Legal Department | 9395 Cabot Drive | | San Diego | CA | 92126 | | Master Services Agreement |
| ProPharma Group, LLC | Attn: Legal Department | 8717 W 110th Street, Suite 300 | | Overland Park | KS | 66210 | | SOW #1 |
| ProPharma Group, LLC | Attn: Legal Department | 8717 W 110th Street, Suite 300 | | Overland Park | KS | 66210 | | SOW #2 |
| ProPharma Group, LLC | Attn: Legal Department | 8717 W 110th Street, Suite 300 | | Overland Park | KS | 66210 | | SOW #3 |
| ProPharma Group, LLC | Attn: Legal Department | 8717 W 110th Street, Suite 300 | | Overland Park | KS | 66210 | | Master Services Agreement |
| QPS Holdings, LLC | Benjamin M. Chien, Ph.D. Chairman, President, and CEO | 3 Innovation Way | Delaware Technology Park | Newark | DE | 19711 | | SOW #11 |
| QPS Holdings, LLC | Benjamin M. Chien, Ph.D. Chairman, President, and CEO | 3 Innovation Way | Delaware Technology Park | Newark | DE | 19711 | | SOW #12 |
| QPS Holdings, LLC | Benjamin M. Chien, Ph.D. Chairman, President, and CEO | 3 Innovation Way | Delaware Technology Park | Newark | DE | 19711 | | SOW #13 |
| QPS Holdings, LLC | Benjamin M. Chien, Ph.D. Chairman, President, and CEO | 3 Innovation Way | Delaware Technology Park | Newark | DE | 19711 | | SOW #14 |
| QPS Holdings, LLC | Benjamin M. Chien, Ph.D. Chairman, President, and CEO | 3 Innovation Way | Delaware Technology Park | Newark | DE | 19711 | | Master Services Agreement, as amended |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| Rees Scientific | | 1007 Whitehead Road Ext. | | Trenton | NJ | 08638 | | Service Contract |
| Regulatory Interlinx, Inc. | Attn: Sally A. Look, Ph.D. | 19905 Angel Bay Drive | | Spicewood | TX | 78669 | | Consulting Agreement, as amended |
| Riverside Consulting LLC | Attn: Gail Murphy | 1414 Riverview Avenue | | Wilmington | DE | 19806 | | Consulting Agreement, as amended |
| Sapphire Systems Inc | | 405 Lexington Avenue | The Chrysler Building, Floor 26 | New York | NY | 10174 | | Service Contract |
| Satlin, Michael, MD | | 435 East 70th Street, Apt. 7J | | New York | NY | 10021 | | Consulting Agreement, as amended |
| Schluger, Neil , MD | | 59 Taconic Road | | Millwood | NY | 10546 | | Consulting Agreement, as amended |
| SciNote, LLC | | 3000 Parmenter Street | | Middleton | WI | 53562 | | Service Contract |
| Signa Medical Writing | Meg Weber, BA BSN RN | 8420 Navajo Trail | | Lincoln | NE | 68520 | | Consulting Agreement, as amended |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | Master Services Agreement |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #2 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #3 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #4 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #1 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #5 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | SOW #6 |
| Solvias AG | Attention: Head Customer Service | Römerpark 2 | | Kaiseraugst | | 4303 | Switzerland | Quality Agreement |
| SUNY Upstate Medical University | Proteomics and Mass Spectrometry | Weiskotten Hall, 4307 WHA | 766 Irving Avenue | Syracuse | NY | 13210 | | Research Agreement #1 |
| SUNY Upstate Medical University | Proteomics and Mass Spectrometry | Weiskotten Hall, 4307 WHA | 766 Irving Avenue | Syracuse | NY | 13210 | | Research Agreement #2 |
| Suvoda LLC | Attn: Legal Department | Washington Street, Suite 100 | | Conshohocken | PA | 19428 | | Master Services Agreement |
| Suvoda LLC | Attn: Legal Department | Washington Street, Suite 100 | | Conshohocken | PA | 19428 | | SOW #1 |
| Synteract, Inc. | Attn: Contract Services | 5909 Sea Otter Place - Suite 100 | | Carlsbad | CA | 92010 | | Master Services Agreement |
| Synteract, Inc. | Attn: Contract Services | 5909 Sea Otter Place - Suite 100 | | Carlsbad | CA | 92010 | | SOW #1 |
| The Rockefeller University | | Office of Technology Transfer | 1230 York Avenue, Box 138 | New York | NY | 10065 | | License Agreement |
| The Rockefeller University | | Office of Technology Transfer | 1230 York Avenue, Box 138 | New York | NY | 10065 | | License Agreement |
| The Rockefeller University | | Office of Technology Transfer | 1230 York Avenue, Box 138 | New York | NY | 10065 | | License Agreement |
| Thomas Jefferson University | Attn: Director-JCRI Bus Ops | 833 Chestnut St, Suite 900 | | Philadelphia | PA | 19107 | | Clinical Study Agreement |
| Trellis Bioscience LLC | Attn: Chief Executive Officer | 702 Marshall Street, Suite 614 | | Redwood City | CA | 94163 | | Option and License Agreement |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #1 |

| Name | Name (cont'd) | Address | Address (cont'd) | City | State | Zip | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #2 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #3 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #4 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #5 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #6 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #7 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #8 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #12 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Testing Agreement #1 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Testing Agreement #2, as amended |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Testing Agreement #3 |
| University of North Texas Health Science Center | Attn: William Weiss, Director, PreClinical Services | 3500 Camp Bowie Blvd. | | Fort Worth | TX | 76107 | | Professional Service Agreement #9 |
| USAMRAA (U.S. Army Medical Research and Material Command) | Attn: Grants Officer | 1504 Porter Street | | Fort Detrick | MD | 21702-5014 | | Grant Contract |
| Waterlogic USA | | 100 Biddle Avenue, Suite 203 | | Newark | DE | 19702 | | Service Contract |
| West LLC | Attn: Office of General Counsel | 11808 Miracle Hills Drive | | Omaha | NE | 68154 | | Master Services Agreement |
| Zeffren, Jacob | Attn: Jacob Zeffren | 471 Forest Avenue | | Teaneck | NJ | 07666 | | Consulting Agreement, as amended |