# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ContraFect Corporation,<br>                                      Debtor. | Chapter 7<br><br>Case No. 23-11943 (LSS) |

## NOTICE OF CLOSING WITH RESPECT TO SALE OF ASSETS AND ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES

**PLEASE TAKE NOTICE** that on January 12, 2024, George L. Miller, as Chapter 7 Trustee (the "Trustee") of the estate of ContraFect Corporation (the "Debtor") filed the Chapter 7 Trustee's Motion for Entry of An Order (i)(a) Approving Bid Procedures in Connection With the Sale of Substantially All of the Debtor's Assets; (i)(b) Approving the Form and Manner of Notice Thereof; (i)(c) Scheduling an Auction and Sale Hearing; (i)(d) Establishing Procedures for the Assumption and Assignment of Executory Contracts, Including Notice of Proposed Cure Amounts; and (i)(e) Granting Related Relief; and (ii)(a) Approving the Purchase Agreement between the Trustee and the Successful Bidder; (ii)(b) Authorizing the Sale of Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (ii)(c) Authorizing the Assumption and Assignment of Certain Executory Contracts to the Successful Bidder; and (ii)(d) Granting Related Relief. [D.I. 24] (the "Sale Motion")[1] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on February 9, 2024, the Bankruptcy Court entered an Order (A) Approving Bid Procedures in Connection with the Sale of Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Establishing Procedures for the Assumption and Assignment of Executory Contracts, Including Notice of Proposed Cure Amounts; and (E) Granting Related Relief [D.I. 43] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 9(J) of the Bid Procedures Order, the Trustee hereby gives notice that (1) the Closing Date with respect to the sale of assets pursuant to the Sale Motion occurred on March 21, 2024, and (2) no contracts or leases were assumed and assigned to the Successful Bidder in connection with the sale of assets pursuant to the Sale Motion.

---

[1]     All capitalized terms used but not defined herein shall have the meanings set forth in the Sale Motion.

Dated: March 28, 2024
      Wilmington, DE

**DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes DE 4180
800 North King Street, Suite 202
Wilmington, DE 19801
Telephone:	302-571-9800
Facsimile:	302-351-8735
Email:		phughes@dilworthlaw.com

      and

Peter C. Hughes DE 4180
Jack Small (*Admitted Pro Hac Vice*)
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone:	(215) 575-7000
Facsimile:	(215) 754-4603
Email:		phughes@dilworthlaw.com
Email:		jsmall@dilworthlaw.com