**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 7
                                                             :
CONTRAFECT CORPORATION,                                      :   Case No. 23-11943 (LSS)
                                                             :
       Debtor.                                               :
-------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 12, 2024 AT 10:15 A.M. (ET)**

> **This hearing will be conducted in-person, any exceptions must be approved by chambers.**
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than December 11, 2024 at 4:00 p.m.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**I.     FEE APPLICATIONS**

    1.    Interim Fee Application (as identified on **Exhibit A** hereto).

        **Objection/Responses Deadline**: See **Exhibit A**.

        **Related Documents:** See **Exhibit A**.

        **Responses Received**: See **Exhibit A**.

        **Status:**   See **Exhibit A**.

#124714667v1

Dated: December 9, 2024                    /s/ Peter C. Hughes

Peter C. Hughes (No. 4180)
Dilworth Paxson LLP
800 N. King Street
Suite 202
Wilmington, DE 19801
(302) 571-9800

-and-

Peter C. Hughes
Jack Small (*Admitted Pro Hac Vice*)
1650 Market Street, Suite 1200
Philadelphia, PA 19103

*Counsel for the Trustee*

#124714667v1

# **EXHIBIT A**

**ContraFect Corporation (Case No. 23-11943-LSS)**
**INDEX – FEE APPLICATION HEARING**
**Hearing Date: December 12, 2024, at 10:15 a.m. (ET)**

1. Second Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2024 through September 30, 2024 [D.I. 100; filed 11/21/2024].

    **Response Deadline:** December 5, 2024, at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certification of No Objection Regarding First Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from December 12, 2023 through March 31, 2024 [D.I. 101; filed 12/06/2024].

    **Responses Received:** None.

    **Status:** A CNO has been filed. No hearing is necessary unless required by the Court.